IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GAROFALO, Individually and on behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>REVLON, INC., RONALD O. PERELMAN, MACANDREWS & FORBES HOLDINGS INC., BARRY F. SCHWARTZ, DAVID L. KENNEDY, ALAN T. ENNIS, ALAN S. BERNIKOW, PAUL J. BOHAN, MEYER FELDBERG, ANN D. JORDAN, DEBRA L. LEE, TAMARA MELLON, KATHI P. SEIFERT and KENNETH L. WOLFE,<br><br>Defendants. | CASE NO. 1:09-cv-01008-GMS<br><br>**[PROPOSED] ORDER FOR APPOINTMENT OF JOHN GAROFALO AS LEAD PLAINTIFF ON BEHALF OF THE CLASS AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |

## APPOINTMENT OF LEAD PLAINTIFF

1.  Upon consideration and review of all motions for appointment as lead plaintiff, and any responses thereto, the Court hereby appoints John Garofalo as Lead Plaintiff for the Class. Lead Plaintiff satisfies the requirements for Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), §21D(a)(3)(B)(iii).

## APPROVAL OF SELECTION OF LEAD COUNSEL

2.  John Garofalo, pursuant to §21D(a)(3)(B)(v) of the PSLRA, has selected and retained the law firm of Berger & Montague, P.C. as its lead counsel in this Action. The Court approves the selection of Berger & Montague, P.C. to serve as Plaintiff's Lead Counsel for the Class.

3. Plaintiff's Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

   a. to coordinate the briefing and argument of motions;

   b. to coordinate the conduct of discovery proceedings;

   c. to coordinate the examination of witnesses in depositions;

   d. to coordinate the selection of counsel to act as spokesperson at pretrial conferences;

   e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

   f. to coordinate all settlement negotiations with counsel for defendants;

   g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

   h. to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5. Counsel in any related action that is consolidated with the Action shall be bound by this organization of plaintiffs' counsel.

6. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7.  Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

8.  Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, telecopy, hand delivery, or through the Court's ECF program. Lead Counsel shall serve copies of such papers on the other plaintiffs' counsel by first-class mail or electronic mail. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, telecopy, hand delivery, or through the Court's ECF program.

9.  During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant to the subject matter of the pending litigation.

## CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

10. The Court hereby orders that Lead Plaintiff may file an amended class action complaint within 60 days of this Order.

SO ORDERED, this 16th day of March, 2010.

United States District Judge