Dbtf!2;1:.dw.12119.HNT!!!Epdvnfou24!!!!Gjrhe!15027021!!!Qbhf!2!pg5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GAROFALO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REVLON, INC., RONALD O. PERELMAN, MACANDREWS & FORBES HOLDINGS INC., BARRY F SCHWARTZ, DAVID L. KENNEDY, ALAN T. ENNIS, ALAN S. BERNIKOW, PAUL J. BOHAN, MEYER FELDBERG, ANN D. JORDAN, DEBRA L. LEE, TAMARA MELLON, KATHI P. SEIFERT and KENNETH L. WOLFE<br><br>Defendants. | Civil Action No.<br>1:09-cv-01008-GMS<br><br>CLASS ACTION |

## STIPULATION AND ORDER

WHEREAS, on December 31, 2009, plaintiff John Garofalo ("Plaintiff") filed the complaint in this action (the "Action") against Revlon, Inc., Ronald O. Perelman, MacAndrews & Forbes Holdings, Inc., Barry O. Schwartz, David L. Kennedy, Alan T. Ennis, Alan S. Bernikow, Paul J. Bohan, Meyer Feldberg, Ann D. Jordan, Debra L. Lee, Tamara Mellon, Kathi P. Seifert and Kenneth L. Wolfe (collectively the "Defendants") alleging, inter alia, violations of Section 14(a) of the Securities Exchange Act of 1934 regarding a tender offer consummated on October 8, 2009 (the "Tender Offer");

WHEREAS, on March 1, 2010, the undersigned counsel for Defendants agreed to accept service on behalf of all Defendants in this Action and answer, move or otherwise respond to the complaint in this Action on or before April 1, 2010;

1

WHEREAS, on March 16, 2010, the Court appointed Plaintiff as lead plaintiff in this Action and appointed the law firm of Berger & Montague, P.C. as Plaintiff's lead counsel in this Action ("Plaintiff's Counsel");

WHEREAS, on March 30, 2010, the Defendants filed a stipulated motion that sought to allow the Defendants to respond to the class action complaint in this Action by April 15, 2010;

WHEREAS, Defendants' counsel advised Plaintiff's counsel that it was considering moving for a stay of the Action;

WHEREAS, the Defendants are involved in an action pending in the Court of Chancery of the State of Delaware styled, *In re Revlon, Inc. Shareholders Litigation*, Consol. C.A. No. 4578-VCL (the "Delaware Action"), which also pertains to the Tender Offer;

WHEREAS, the undersigned counsel for Defendants have agreed that Plaintiff's Counsel may participate in ongoing merits discovery in the Delaware Action; and

WHEREAS, Plaintiff asserts that such coordination of certain discovery would allow an efficiency and economy for all parties concerned and will not prejudice Plaintiff's right to pursue the distinct claims in this Action.

IT IS HEREBY STIPULATED AND AGREED by and among the parties through their undersigned counsel, subject to the approval of the Court, that all proceedings in this Action are stayed for a period of 120 days from the date the Court grants this stipulation and order to allow such discovery to proceed.

RLF1 3561194v.1

/s/ *Robert D. Goldberg* (#631)
Robert D. Goldberg (#631)
goldberg@batlaw.com
Biggs & Battaglia
921 North Orange Street
Wilmington, Delaware 19801
(302) 655-9677
*Attorneys for Plaintiff*

/s/ *Raymond J. DiCamillo* (#3188)
Raymond J. DiCamillo (#3188)
dicamillo@rlf.com
Kevin M. Gallagher (#5337)
gallagher@rlf.com
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants Alan S. Bernikow,
Paul J. Bohan, Meyer Feldberg, Ann D.
Jordan, Debra L. Lee, Tamara Mellon, Kathi
P. Seifert and Kenneth L. Wolfe*

/s/ *Thomas J. Allingham, II* (#476)
Thomas J. Allingham, II (#476)
Thomas.Allingham@skadden.com
Alyssa M. Schwartz (#4351)
Alyssa.Schwartz@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
*Attorneys for Defendants Alan T. Ennis,
David L. Kennedy and Revlon, Inc.*

3

Dbt f !2;1: .dw.12119.HNT!!!Epdvnfou24!!!!Gjrne!15(27021!!!Qbhf!5!pg5

/s/ *Andre G. Bouchard* (#2504)
Andre G. Bouchard (#2504)
abouchard@bmf-law.com
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
*Attorneys for Defendants Ronald O.
Perelman, Barry O. Schwartz and
MacAndrews & Forbes Holdings, Inc.*

Dated: April 16, 2010

SO ORDERED this 19th day of April, 2010.

_____
J.

RLF1 3561194v.1